IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| CATHY MCCLURG, | ) | Cause No.: CV 22-131-SPW-TJC |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| STILLWATER COUNTY BOARD OF COMMISSONERS; STEVE RIVELAND; TYREL HAMILTON; JEFFREY RUFFATTO; JENNIFER HOINES; DOE #1, | ) | |
| Defendants. | ) | |

Upon the Unopposed Motion to Vacate Hearing and to Set Status Report Date, and good cause appearing:

IT IS HEREBY ORDERED that the hearing set for November 29, 2022 is VACATED.

On or before December 12, 2022, the parties shall either file documents dismissing this matter or a status report advising the Court if a hearing is required.

DATED this 28th day of November, 2022.

Hon. Susan P Waters
United States Magistrate Judge