IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CATHY MCCLURG,<br><br>Plaintiff,<br><br>vs.<br><br>STILLWATER COUNTY BOARD OF COMMISSIONERS, STEVE RIVELAND, TYREL HAMILTON, JEFFREY RUFFATTO, JENNIFER HOINES, and DOE #1,<br><br>Defendants. | CV 22-131-BLG-SPW-TJC<br><br>ORDER |

Upon the Stipulation for Dismissal with Prejudice (Doc. 22) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 16th day of November, 2023.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1